DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCUS LATRON STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>MARCUS LATRON STEWART,<br><br>        *Defendant*. | NO. 1:06-cr-0073 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date: June 6, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 23, 2006, may be continued to **June 6, 2006, at 9:00 a.m.**

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  May 18,  2006                MCGREGOR W. SCOTT
                                            United States Attorney

                                       By /s/ Kimberly A. Kelly
                                           KIMBERLY A. KELLY
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

DATED: May 18, 2006                DANIEL J. BRODERICK
                                            Acting Federal Defender

                                       By /s/ Mark A. Lizárraga
                                           MARK A. LIZÁRRAGA
                                           Assistant Federal Defender
                                           Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 18, 2006**                /s/ **Oliver W. Wanger**
emm0d6                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing         2