1   DANIEL J. BRODERICK,  Bar #89424
    Acting Federal Defender
2   MARK A.  LIZÁRRAGA, CA Bar #186240
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
4   Telephone: (559) 487-5561

5   Attorney for Defendant
    MARCUS LATRON STEWART

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

UNITED STATES OF AMERICA,          )    NO.  1:06-cr-0073 OWW
11                                     )
                 Plaintiff,            )    STIPULATION TO CONTINUE STATUS
12                                     )    CONFERENCE HEARING; AND ORDER
         v.                            )    THEREON
13                                     )
MARCUS LATRON STEWART,                 )    Date:   June 27, 2006
14                                     )    Time:  9:00 a.m.
                 Defendant.            )    Judge: Hon.  Oliver W. Wanger
15   _____ )

16       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

17   attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

18   for June 6, 2006,  may be continued to **June 27, 2006, at 9:00 a.m.**

19       The parties agree that the delay resulting from the continuance shall be excluded in the interests of

20   justice, including but not limited to, the need for the period of time set forth herein for effective defense

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2        DATED:  June 2,  2006                    MCGREGOR W. SCOTT
                                                  United States Attorney
3

4

5                                          By /s/ Kimberly A. Kelly
                                               KIMBERLY A. KELLY
6                                              Assistant U.S. Attorney
                                               Attorney for Plaintiff
7

8        DATED: June 2, 2006                     DANIEL J. BRODERICK
                                                 Acting Federal Defender
9

10                                         By  /s/ Mark A. Lizárraga
11                                             MARK A. LIZÁRRAGA
                                               Assistant Federal Defender
12                                             Attorney for Defendant

13                              **O R D E R**

14        IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

15  3161(h)(8)(A) and 3161(h)(B)(iv).

16

17

18

19

20

21

22  IT IS SO ORDERED.

23  **Dated:    June 8, 2006**                  _____/s/ Oliver W. Wanger_____
24  emm0d6                                     UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation to Continue Status Conference Hearing        2