1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARK A. LIZARRAGA, Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MARCUS LATRON STEWART

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 1:06-cr-73 OWW
                                       )
12                  Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE;  AND ORDER THEREON
13          v.                         )
                                       )   DATE : July 25, 2006
14  MARCUS LATRON STEWART,             )   TIME : 9:00 a.m.
                                       )   DEPT : Hon. Oliver W. Wanger
15                  Defendant.         )
    _____ )
16

17          IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18  attorneys of record herein, that the Status Conference hearing in the above captioned case, set for

19  June 27, 2006, may be continued to **July 25,  2006 at 9:00 a.m.**

20          The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein for effective defense

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2         DATED : June 22, 2006

3
                                        McGREGOR W. SCOTT
4                                       United States Attorney

5

6                                       /s/ Kimberly A. Kelly
                                        KIMBERLY A. KELLY
7                                       Assistant U.S. Attorney at Law
                                        Attorney for Plaintiff
8

9         DATED:  June 22, 2006         DANIEL J. BRODERICK
                                        Federal Defender
10

11
                                        /s/ Mark A. Lizarraga
12                                      MARK A. LIZARRAGA
                                        Assistant Federal Defender
13                                      Attorney for Defendant

14

15
                              **O  R  D  E  R**
16
          IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
17
     3161(h)(8)(A) and 3161(h)(B)(iv).
18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference

1     IT IS SO ORDERED.

2     **Dated:    June 23, 2006              /s/ Oliver W. Wanger**
      emm0d6                         UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference