1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARK A. LIZARRAGA, Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  MARCUS LATRON STEWART

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) Case No. 1:06-cr-73 OWW
                                         )
12 |             Plaintiff,              ) STIPULATION TO CONTINUE STATUS
                                         ) CONFERENCE;  AND ORDER THEREON
13 |      v.                             )
                                         ) DATE : August 8, 2006
14 | MARCUS LATRON STEWART,              ) TIME : 9:00 a.m.
                                         ) DEPT : Hon. Oliver W. Wanger
15 |             Defendant.              )
   |_____)

16

17      IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18 attorneys of record herein, that the Status Conference hearing in the above captioned case, set for

19 July 25, 2006, may be continued to **August 8, 2006 at 9:00 a.m.**

20      The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21 justice, including but not limited to, the need for the period of time set forth herein for effective defense

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED : July 27, 2006

    McGREGOR W. SCOTT
United States Attorney

/s/ Kimberly A. Kelly
KIMBERLY A. KELLY
Assistant U.S. Attorney at Law
Attorney for Plaintiff

DATED:  July 27, 2006    DANIEL J. BRODERICK
Federal Defender

/s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 29, 2006**    **/s/ Oliver W. Wanger**
emm0d6    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference

2