Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Marcus Latron STEWART |
| **Docket Number:** | 1:06CR00073-01 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 10/02/06 |
| **Original Offense:** | 18 USC 922(g) - Felon in Possession of a Firearm<br>(CLASS C FELONY) |
| **Original Sentence:** | 30 mos. BOP; 3 years TSR; $100 special assessment; and mandatory testing |
| **Special Conditions:** | Warrantless search and seizure; financial disclosure; drug counseling; drug testing; co-payment; register as a drug offender; DNA collection; not possess a firearm, ammunition, or dangerous weapon |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | Pending |
| **Assistant U.S. Attorney:** | Kimberly A. Sanchez    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Mark Lizarraga    **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None |

RE:     **Marcus Latron STEWART**
        **Docket Number:  1:06CR00073-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential re-entry center, for a period up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11).  The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:**    On May 21, 2008, the probation officer met with the defendant at the residential re-entry center located in Bakersfield, California.  The defendant is in the prerelease component of his Federal incarceration and will commence supervision on May 26, 2008.  The defendant indicated he has been in the residential re-entry for a short period of time and has had insufficient time to secure employment or a residence.  Consequently, the defendant requested the Court modify the terms and conditions of supervision to allow his continued residence and participation in the Turning Point Re-Entry Center.  The defendant signed a Probation Form 49 - Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend the Term of Supervision requesting the above indicated modification.

Considering the defendant's request, coupled with the fact he has no local financial or familial resources on which to rely, the probation officer recommends the Court approve the defendant's request.

**RE:** **Marcus Latron STEWART**
  **Docket Number:  1:06CR00073-01**
  **PETITION TO MODIFY THE CONDITIONS OR TERM**
  **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**   May 23, 2008
  Bakersfield, California
  RCW:dk

**REVIEWED BY:**   /s/ Thomas A. Burgess
_____
**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   May 23, 2008**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE